UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>    Chong Woo Yi<br><br>Debtor | :<br>:<br>:<br>:<br>: | Chapter 13<br><br><br>Case No.: 19-14866 |
|---|---|---|

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE COURT:

    Please enter the appearance of Brad J. Sadek, Esquire of Sadek and Cooper on behalf of the Debtor in the above captioned matter.

    Thank you for updating the docket accordingly.

Dated: 10/29/19

BY: _____
Brad J. Sadek, Esq
Sadek and Cooper
1315 Walnut Street. #502
Philadelphia, PA 19107
215-545-0008

Substitute Counsel for the Debtor