### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     Chong Woo Yi | : | Chapter 7 |
| | : | |
| **Debtor** | : | **Case No.: 19-14866MDC** |

## ORDER

AND NOW, this _____ day of _____, 2019, it is hereby Ordered that the Bankruptcy Case of Chong Woo Yi is hereby converted from a Chapter 7 to a Chapter 13 Matter. The Debtors shall file all applicable schedules including a Chapter 13 Plan within _____ days of the signing of this Order.

FURTHER ORDERED:

_____
Chief Judge Magdeline D. Coleman