IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Chong Woo Yi | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 19-14866MDC |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtor's Expedited Motion to Convert on all interested parties by electronic means and/or regular US mail:

Robert W. Seitzer, Esq.
Karalis, PC
1900 Spruce Street
Philadelphia, PA 19103

Hae Yeon Baik
The Baik Law Firm, PC
1100 Vine Street
Suite C8
Philadelphia, PA 19107

Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Wells Fargo Bank, N.A.
c/o Jerome Blank, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

State Farm Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Marina District Development Co., t/a Borgata
c/o Josiah Knapp, Esq.
100 S. Broad Street
Suite 930
Philadelphia, PA 19110

American Express National Bank, AENB
c/o Zwicker & Associates, P.C.
PO Box 9043
Andover, MA 01810-0943


City of Philadelphia
Department of Revenue
Compliance Division
1401 JFK Boulevard, 4th Floor
Philadelphia, PA 19102-1607

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Division
PO Box 28094
Harrisburg, PA 17128-0946

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

Capital One Bank (USA), N.A.
by American Info Source as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118-7901

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Barclays Bank Juniper
Card Services
PO Box 8802
Wilmington, DE 19899-8802

Borgata Hotel, Casino & Spa
Casino Collections Dept.
PO Box 509
Atlantic City, NJ 08404-0509

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Huntingdon National Bank
PO Box 1558
GW4W61
PCL Dept.
Columbus, OH 43216-1558

Kia Motors Finance
PO Box 20825
Fountain Valley, CA 92728-0825

Peri Garite
Attn: Card Works
101 Crossways Park Dr W
Woodbury, NY 11797-2020

Re/Max 2000
14500 Bustleton Avenue
Philadelphia, PA 19116-1188

Dated: October 29, 2019

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for Debtor