## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| Chong Woo Yi | : | **Chapter 7** |
| | : | |
| **Debtor** | : | **Case No.: 19-14866MDC** |

## ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this _____ day of _____, 2019, upon consideration of the

Debtor's Motion for an Expedited Hearing to Convert Bankruptcy Case from a Chapter 7

to a Chapter 13, it is hereby;

ORDERED and DECREED that a hearing will take place on:

Date: _____

Time: _____

Debtor's Counsel shall serve said date and time via a Notice on all interested

parties, and the Chapter 13 Standing Trustee

FURTHER ORDERED:

_____
Chief Judge Magdeline D. Coleman