IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| Chong Woo Yi | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 19-14866MDC |

## ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 29TH day of OCT, 2019, upon consideration of the Debtor's Motion for an Expedited Hearing to Convert Bankruptcy Case from a Chapter 7 to a Chapter 13, it is hereby;

ORDERED and DECREED that a hearing will take place on:

Date: 11-6-2019

Time: 10:30 A.M.

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee

FURTHER ORDERED:

_Magdeline D. Coleman_
Chief Judge Magdeline D. Coleman