# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>    Chong Woo Yi<br><br>Debtor | Chapter 7<br><br>Case No.: 19-14866MDC |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the <u>Notice and Order Granting Debtor's Request for an Expedited Hearing</u> on all interested parties by electronic means and/or regular US mail:

Robert W. Seitzer, Esq.
Karalis, PC
1900 Spruce Street
Philadelphia, PA 19103

Hae Yeon Baik
The Baik Law Firm, PC
1100 Vine Street
Suite C8
Philadelphia, PA 19107

Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226

Wells Fargo Bank, N.A.
c/o Jerome Blank, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

State Farm Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Marina District Development Co., t/a Borgata
c/o Josiah Knapp, Esq.
100 S. Broad Street
Suite 930
Philadelphia, PA 19110

American Express National Bank, AENB
c/o Zwicker & Associates, P.C.
PO Box 9043
Andover, MA 01810-0943


City of Philadelphia
Department of Revenue
Compliance Division
1401 JFK Boulevard, 4th Floor
Philadelphia, PA 19102-1607

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Division
PO Box 28094
Harrisburg, PA 17128-0946

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

Capital One Bank (USA), N.A.
by American Info Source as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118-7901

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Barclays Bank Juniper
Card Services
PO Box 8802
Wilmington, DE 19899-8802

Borgata Hotel, Casino & Spa
Casino Collections Dept.
PO Box 509
Atlantic City, NJ 08404-0509

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Huntingdon National Bank
PO Box 1558
GW4W61
PCL Dept.
Columbus, OH 43216-1558

Kia Motors Finance
PO Box 20825
Fountain Valley, CA 92728-0825

Peri Garite
Attn: Card Works
101 Crossways Park Dr W
Woodbury, NY 11797-2020

Re/Max 2000
14500 Bustleton Avenue
Philadelphia, PA 19116-1188


Dated: October 29, 2019                              /s/ Brad J. Sadek, Esq.
                                                                  Brad J. Sadek, Esq.
                                                                  Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>　　Chong Woo Yi<br><br>Debtor | Chapter 7<br><br>Case No.: 19-14866MDC |

### Notice of Motion, Response Deadline and EXPEDITED Hearing Date

Brad J. Sadek, Esq., attorney for the Debtors in the above captioned matter has filed an **Expedited Motion to Convert** for the reasons detailed in the enclosed Motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought, then on or before the hearing date of **November 6, 2019**, you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)　file an answer explaining your position at:
　　　　　United States Bankruptcy Court
　　　　　Eastern District of Pennsylvania
　　　　　900 Market Street, Suite 400
　　　　　Philadelphia, PA 19107
(b)　mail a copy to the movant's attorney:
　　　　　Brad J. Sadek, Esq.
　　　　　1315 Walnut Street
　　　　　#502
　　　　　Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

3. A hearing on the motion is scheduled to be held before **The Honorable Chief Judge Magdeline D. Coleman** on ___**November 6, 2019**___ at ___**10:30am**___ at **The United States Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA 19107**.

4. You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Chong Woo Yi | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 19-14866MDC |

### ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 29th day of OCT, 2019, upon consideration of the Debtor's Motion for an Expedited Hearing to Convert Bankruptcy Case from a Chapter 7 to a Chapter 13, it is hereby;

ORDERED and DECREED that a hearing will take place on:

Date: 11-6-2019

Time: 10:30 A.M.

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee

FURTHER ORDERED:

_Magdeline D. Coleman_
Chief Judge Magdeline D. Coleman