IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| CHONG WOO YI | BANKRUPTCY NO. 19-14866(MDC) |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Approval of a Settlement Agreement (the "Settlement Agreement") Between the Trustee and the Debtor (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's bankruptcy case is converted from Chapter 7 to one proceeding under Chapter 13 of the Bankruptcy Code.

3. The Debtor shall file a Chapter 13 Plan (in substantial conformity to Exhibit "A" attached to the Settlement Agreement) within five (5) days after the entry of this Order.

4. The Settlement Agreement is hereby **APPROVED**.

5. The Parties (as defined in the Motion) are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Settlement Agreement.

6. The Trustee shall return the deposit monies in the amount of $5,000.00 to Viktor and Galyna Goroshko.

7. The following claims are **ALLOWED** as Chapter 7 administrative expense claims:

   (a) Christine C. Shubert = $15,250.00;

  (b)  Karalis PC = $9,488.55;

  (c)  RE/MAX 2000 = $4,000.00; and

  (d)  Viktor and Galyna Goroshko = $1,095.00.

8. This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order.

BY THE COURT:

Dated: 12/4/19

_____
MAGDELINE D. COLEMAN,
CHIEF U.S. BANKRUPTCY JUDGE