B2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

IN RE: § CASE NO.
§ 19-14866-mdc
CHONG WOO YI § Chapter 13
§

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number **16** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>2/1/2022</u>  (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| **Specialized Loan Servicing LLC** | **US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust** |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| **Specialized Loan Servicing LLC** <br> **6200 S. Quebec St.** <br> **Greenwood Village, Colorado 80111** | Shellpoint Mortgage Servicing <br> P.O. Box 10826 Greenville <br> Greenville, SC 29603-0675 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                              CLERK OF THE COURT

B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

IN RE:

CHONG WOO YI

§
§  CASE NO.
§  19-14866-mdc
§  Chapter 13
§

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 16
Amount of Claim: $ 143608.57
Date Claim Filed: 01/14/2020

Phone: (800)365-7107
Last Four Digits of Acct #: 5059

Phone: (800) 643-0202
Last Four Digits of Acct.#: 8375

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue                    Date:              2/1/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of PENNSYLVANIA

IN RE:  § CASE NO.
 § 19-14866-mdc
CHONG WOO YI § Chapter 13
 §
 §

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 2/1/2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

CHONG WOO YI
15137 Kallaste Dr
Philadelphia, PA 19116-1408

**Debtors' Attorney**
BRAD J. SADEK
SADEK AND COOPER
1315 Walnut St Ste 502
Philadelphia, PA 19107-4707

**Chapter 13 Trustee**
KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia, PA 19107-3704

Respectfully Submitted,

/s/ Larry Yip
Larry Yip