**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|     Chong Woo Yi : | Chapter 13 |
| : | Case No.: 19-14866-MDC |
|     Debtor(s) : | |

**AMENDED ORDER GRANTING DEBTOR'S MOTION**
**FOR AUTHORITY TO SELL REAL PROPERTY**

**AND NOW,** this _____8th_____ day of _April____, 2022, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located 15137 Kallaste Dr., Philadelphia, PA ("Property"), for the sale price of $346,000, pursuant to the terms of a certain real estate agreement of sale dated as of February 14, 2022, to the buyer thereunder, Jahongir Bozarov, ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters    $1,700.00
2. Liens paid at closing-    $135,000.00
3. Real estate taxes, sewer, trash and/or other such items    $6,800.00
4. Property repairs, if any    $_____
5. Real estate commission, at no greater than 6%    $17,000.00
6. Attorney's fees, if any    $_____
7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement    $_____
8. Other    $_____

ESTIMATED AMT DUE TO SELLER(S)                $ 185,500.00

This Order is contingent upon the liens held by Wells Fargo Bank being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff is approved by Wells Fargo Bank.

Additionally, this Order is contingent upon the water bill and any judgments or statutory and judicial liens of the Water Revenue Bureau and/or the City of Philadelphia Law Department, Tax and Revenue Unit being paid at closing in an amount necessary to provide the purchaser with clear title.

Debtor shall have ninety (90) days from entry of this Order to sell the Property.

After paying all liens in full and all costs of sale, the title clerk shall pay Kenneth West, the standing Chapter 13 Trustee, the balance of $60,342.97 to pay off the case in full. The balance of sale proceeds after all above distributions shall be paid to the Debtor, Chong Woo Yi.

All secured creditors paid any proceeds from the sale shall file an Amended Proof of Claim or withdraw their Proof of Claim

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**